

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-989

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1890

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 03, 2013
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-900

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

## Title

**Title of Work:**  XM1319

## Completion/Publication

**Year of Completion:**  2008
**Date of 1st Publication:**  March 31, 2008
**Nation of 1st Publication:**  Italy

## Author

- **Author:**  Marcello Corti
  **Author Created:**  2-D artwork
  **Citizen of:**  Italy

## Copyright Claimant

**Copyright Claimant:**  Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:**  Grateful Licensing Group LLC.
**Name:**  Matt Appelman
**Email:**  matt@gratefullicensing.com
**Telephone:**  (802)777-1337
**Address:**  P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:**  David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-973

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1436

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** November 04, 2008
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-123

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** XM16502012

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** November 05, 2010
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director



**Registration Number**
**VA 2-391-124**
**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

## Title

**Title of Work:** XM1682

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** March 10, 2011
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-390-909

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1767B

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 02, 2012
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-919

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1788

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 27, 2012
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



Marcello Corti

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-925

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title
       **Title of Work:** XM1820

## Completion/Publication
       **Year of Completion:** 2012
       **Date of 1st Publication:** May 15, 2012
       **Nation of 1st Publication:** Italy

## Author
       •  **Author:** Marcello Corti
       **Author Created:** 2-D artwork
       **Citizen of:** Italy

## Copyright Claimant
       **Copyright Claimant:** Marcello Corti
       Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions
       **Organization Name:** Grateful Licensing Group LLC.
       **Name:** Matt Appelman
       **Email:** matt@gratefullicensing.com
       **Telephone:** (802)777-1337
       **Address:** P.O. Box 844
       Manchester Center, VT 05255 United States

## Certification
       **Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-945

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1836

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 14, 2012
**Nation of 1ˢᵗ Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



Marcello Corti

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-996

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM2053

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 18, 2016
**Nation of 1ˢᵗ Publication:** Italy

## Author

- **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



Marcello Corti

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-978

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title
        **Title of Work:** XM1466

## Completion/Publication
        **Year of Completion:** 2009
    **Date of 1st Publication:** January 15, 2009
  **Nation of 1ˢᵗ Publication:** Italy

## Author
        •    **Author:** Marcello Corti
     **Author Created:** 2-D artwork
        **Citizen of:** Italy

## Copyright Claimant
    **Copyright Claimant:** Marcello Corti
        Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions
    **Organization Name:** Grateful Licensing Group LLC.
          **Name:** Matt Appelman
         **Email:** matt@gratefullicensing.com
     **Telephone:** (802)777-1337
       **Address:** P.O. Box 844
          Manchester Center, VT 05255 United States

## Certification
          **Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-890

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

## Title
_____

Title of Work: XM1366

## Completion/Publication
_____

Year of Completion: 2008
Date of 1st Publication: July 17, 2008
Nation of 1st Publication: Italy

## Author
_____

- Author: Marcello Corti
  Author Created: 2-D artwork
  Citizen of: Italy

## Copyright Claimant
_____

Copyright Claimant: Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions
_____

Organization Name: Grateful Licensing Group LLC.
Name: Matt Appelman
Email: matt@gratefullicensing.com
Telephone: (802)777-1337
Address: P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

Name: David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-391-087

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

## Title
_____

**Title of Work:** XM1530

## Completion/Publication
_____

**Year of Completion:** 2009
**Date of 1st Publication:** December 23, 2009
**Nation of 1st Publication:** Italy

## Author
_____

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant
_____

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions
_____

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-990

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

## Title

**Title of Work:** XM1904

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** July 15, 2013
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



Marcello Corti

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-391-024

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** XM1195

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** July 04, 2007
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-898

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

Title of Work: XM1323

## Completion/Publication

Year of Completion: 2008
Date of 1st Publication: April 04, 2008
Nation of 1st Publication: Italy

## Author

- Author: Marcello Corti
- Author Created: 2-D artwork
- Citizen of: Italy

## Copyright Claimant

Copyright Claimant: Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

Organization Name: Grateful Licensing Group LLC.
Name: Matt Appelman
Email: matt@gratefullicensing.com
Telephone: (802)777-1337
Address: P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Name: David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-889

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title
| | |
|---|---|
| **Title of Work:** | XM1397 |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | August 16, 2008 |
| **Nation of 1st Publication:** | Italy |

## Author
| | |
|---|---|
| • **Author:** | Marcello Corti |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
| | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

---

## Rights and Permissions
| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-971

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1434

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** July 30, 2009
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



Marcello Corti ©

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-905

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1712

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** July 05, 2011
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-906

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

Title of Work: XM1716

## Completion/Publication

Year of Completion: 2011
Date of 1st Publication: July 18, 2011
Nation of 1st Publication: Italy

## Author

- Author: Marcello Corti
Author Created: 2-D artwork
Citizen of: Italy

## Copyright Claimant

Copyright Claimant: Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

Organization Name: Grateful Licensing Group LLC.
Name: Matt Appelman
Email: matt@gratefullicensing.com
Telephone: (802)777-1337
Address: P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Name: David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-920

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1789

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 27, 2012
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-390-922**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

## Title

**Title of Work:** XM1799

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 02, 2012
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



Marcello Corti

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-943

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | XM1821 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | May 16, 2012 |
| **Nation of 1st Publication:** | Italy |

## Author

| | |
|---|---|
| • **Author:** | Marcello Corti |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
| | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

---

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



Marcello Corti

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-944

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

## Title
___
**Title of Work:** XM1829A

## Completion/Publication
___
**Year of Completion:** 2012
**Date of 1st Publication:** September 05, 2012
**Nation of 1st Publication:** Italy

## Author
___
- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant
___
**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions
___
**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
___
**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-390-987**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1889

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 02, 2013
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-993

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

Title of Work: XM1990

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: February 05, 2015
Nation of 1st Publication: Italy

## Author

- Author: Marcello Corti
 Author Created: 2-D artwork
 Citizen of: Italy

## Copyright Claimant

Copyright Claimant: Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

Organization Name: Grateful Licensing Group LLC.
Name: Matt Appelman
Email: matt@gratefullicensing.com
Telephone: (802)777-1337
Address: P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Name: David Denholm



Marcello Corti ©

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-997

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

## Title

**Title of Work:** XM2108

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 13, 2017
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-022

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** XM2194A

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 01, 2020
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

