IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARCELLO CORTI,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-03137

Judge Manish S. Shah

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 25 | Bodian Home Textile Factory |
| 32 | Special Moments |
| 34 | love aptitude |
| 39 | Jenny crafts shop |
| 41 | Business Field |
| 42 | Dream Art of Dreams |
| 43 | Offer Discover |
| 44 | Morning star shop L |
| 53 | WH SHOP |
| 54 | Mustwin Shop |
| 59 | HLJP E |
| 66 | Love diy abc |
| 74 | CHANGHONG SHOP |
| 79 | American style curtain |
| 84 | Home decor door curtain |
| 99 | KikiIN |
| 113 | Sailor Mn Wall Decor |
| 125 | CanvasMuse |

| | |
|---|---|
| 129 | WonderfulALL |
| 130 | YALORA |
| 131 | BkFuture |
| 132 | Vivid Artworks |
| 134 | Canvas Heaven |
| 135 | TOHOMA |
| 137 | Artify |
| 158 | EMS |
| 159 | KKOU |
| 161 | YYDesign |

DATED:  April 27, 2025                                  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 27, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt